IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-177-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIDGES PERSONAL PROPERTY, | ) |
| SPECIFICALLY: | ) |
| A SAVAGE MARK II .22 RIFLE, | ) |
| SERIAL NUMBER 0128440; | ) |
| A .22 CALIBER RIFLE MAGAZINE; | ) |
| EIGHT (8) ROUNDS OF .22 | ) |
| CALIBER AMMUNITION, | ) |
| | ) |
| Defendant. | ) |

**DEFAULT**

Upon motion and proper showing by the attorney for the plaintiff, the United States of America, default is hereby entered against the defendants for having failed to appear, plead, or otherwise defend as provided by Rule 55 of the Federal Rules of Civil Procedure.

This the 25th day of February, 2013.

JULIE A. RICHARDS
Clerk

BY: _Julie A. Richards_
Clerk
United States District Court