IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:12-CV-177-FL

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| BRIDGES PERSONAL PROPERTY, | ) |
| SPECIFICALLY: | ) |
| A SAVAGE MARK II .22 RIFLE, | ) |
| SERIAL NUMBER 0128440; | ) |
| A .22 CALIBER RIFLE MAGAZINE; | ) |
| EIGHT (8) ROUNDS OF .22 | ) |
| CALIBER AMMUNITION, | ) |
| | ) |
| Defendant. | ) |

**DEFAULT JUDGMENT**

This matter is before the Court on Plaintiff's Motion for Default Judgment. It appearing that a copy of the Complaint herein was served upon the potential claimants of the defendants and that publication was not required, in accordance with Supplemental Rule G(4), and, thus, that due notice was given accordingly, the Court finds that:

1. Process was duly issued in this cause and the defendants were duly seized by the U. S. Department of Homeland Security pursuant to said process;

2. No entitled persons have filed any claim to the defendants nor answer regarding them within the time fixed by law; and

3. The well-plead allegations of the Complaint in respect to the defendant are taken as admitted, as no one has appeared to deny the same.

Based upon the above findings, it is hereby

ORDERED AND ADJUDGED that:

1. Default judgment be and the same is hereby entered against the defendants;

2. All persons claiming any right, title, or interest in or to the said defendants are held in default;

3. The defendants are forfeited to the United States of America;

4. This Court entered Default in this action at Docket Entry #12 ; and

5. The U. S. Department of Homeland Security is hereby directed to dispose of the defendants according to law.

SO ORDERED this 26 day of Febr , 2013.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE